THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WILLIAM WALTERS, Appellant.

(Argued March 1, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered July 7, 1919, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert E. Manley* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ. Not voting: HOGAN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH SHENK et al., Appellants.

*People v. Shenk,* 181 App. Div. 753, affirmed.

(Argued March 1, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1918, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendants of maintaining a public nuisance (disorderly house) in violation of sections 1146 and 1530 of the Penal Law.

*Myer Nussbaum, Theodore B. Chancellor, William E. Kisselburgh, Jr.,* and *Isidore D. Morrison* for appellants.

*Edward Swann, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CHASE and ELKUS, JJ.